**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| **THOMAS E. CUPPLES, JR.,** | * | |
| **ADC #500380** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 3:05CV00254 JMM/JFF |
| | * | |
| **MICKEY THORTON,** *et al.*, | * | |
| | * | |
| **Defendants** | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 9th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE